IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY, | No. C-10-115 TEH (PR) |
|     Petitioner, | |
| v. | ORDER DENYING IN FORMA PAUPERIS APPLICATION |
| CHERYL PLILER, Warden, et. al. | |
|     Respondent(s). | (Doc. ## 12 & 13) |

Petitioner's requests for leave to proceed in forma pauperis (Doc. ## 12 & 13) are DENIED. Documents on file with the Court show Petitioner's average monthly deposits for the past six months was $ 193.36 and his average monthly balance for the same period was $ 193.17. The $ 5.00 filing fee is now due.

Petitioner must pay the $ 5.00 filing fee within thirty (30) days of the date of this order; otherwise the action will be dismissed without prejudice.

IT IS SO ORDERED.

DATED   05/13/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.10\Riley-10-115-deny ifp.wpd